**E-Filed 7/27/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO HUERTA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 15 inclusive,<br><br>  Defendants. | Case Number C 09-05822 (HRL)<br><br>ORDER CLARIFYING PLAINTIFF'S LEAVE TO AMEND<br><br>[re: Docket No. 26] |

On June 16, 2010, the Court granted with leave to amend Defendants' motion to dismiss Plaintiff's first amended complaint ("FAC"). *See* Dkt. No. 26. In its order granting Defendants' motion to dismiss, the Court directed that "[a]ny amended complaint shall be filed within (30) days of the date of this order." *Id.* at 3-4. Plaintiff did not amend within this period. However, it appears that a clerical error may have led Plaintiff to believe that leave to amend was not granted. *Id.* at 3 (stating in conflicting language that Plaintiff did not have leave to amend). Because its prior order contained conflicting language that may have confused Plaintiff with respect to his right to amend, the Court will extend the time period within which Plaintiff may amend his complaint to August 11, 2010. The case management conference currently scheduled for August 20, 2010 will be vacated.

Case Number C 09-05822 (HRL)
ORDER CLARIFYING PLAINTIFF'S LEAVE TO AMEND
(JFLC1)

1
2  **IT IS SO ORDERED.**

3  Dated: 7/27/2010

4  _____
   JEREMY FOGEL
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2