**E-Filed 8/12/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO HUERTA, an individual, | Case Number C 09-05822 (HRL) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE[1] |
| v. | |
| OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 15 inclusive, | [re: Docket Nos. 26, 29] |
| Defendants. | |

    On June 16, 2010, the Court granted with leave to amend Defendants' motion to dismiss Plaintiff's first amended complaint ("FAC"). *See* Dkt. No. 26. In its order granting Defendants' motion to dismiss, the Court directed that "[a]ny amended complaint shall be filed within (30) days of the date of this order." *Id.* at 3-4. Plaintiff did not amend within this period. However, the Court later recognized a clerical error that may have led Plaintiff to believe that leave to amend was not granted. *Id.* at 3 (stating in conflicting language that Plaintiff did not have leave to amend). Because its prior order contained conflicting language that may have confused Plaintiff with respect to his right to amend, the Court extended the time period within which

---

[1] This disposition is not designated for publication.

1 | Plaintiff could amend his complaint to August 11, 2010.  Plaintiff did not amend within this
2 | period or request an extension within which to do so.  Accordingly, the action is DISMISSED
3 | with prejudice.
4 | **IT IS SO ORDERED.**
5 | Dated: 8/12/2010

                                                     _____
JEREMY FOGEL
United States District Judge

Case Number C 09-05822 (HRL)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC1)