**E-Filed 8/12/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO HUERTA, an individual,<br><br>  Plaintiff,<br><br> v.<br><br>OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 15 inclusive,<br><br>  Defendants. | Case Number C 09-05822 (HRL)<br><br>JUDGMENT[1]<br><br>[re: Docket No. 30] |

Defendants' motion to dismiss having been granted and Plaintiff having failed to amend within the time period provided by the Court, IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits.

**IT IS SO ORDERED.**

Dated: 8/12/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case Number C 09-05822 (HRL)
JUDGMENT
(JFLC1)